## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| JEAN-MARIE HUGHES, RUTH LILLEMOE, KATHLEEN SUNDALL, JEAN LAING, BARB JOHNSON, MARY P. JOHNSON, BARBARA JONES, LINDA MIRSKY, ALICE McDOUGAL, ANN FALK and CAROLYN ROGNESS,<br><br>          Plaintiffs,<br><br>vs.<br><br>WYETH, d/b/a WYETH, INC. and WYETH PHARMACEUTICALS; PFIZER, INC.; BRISTOL-MYERS SQUIBB COMPANY; GREENSTONE LTD.; ABBOTT LABORATORIES; and BARR LABORATORIES, INC.,<br><br>          Defendants. | Case No.: 05-CV-982 PAM/RLE |

### ORDER OF DISMISSAL OF DEFENDANT
### BARR LABORATORIES, INC. AS TO CERTAIN PLAINTIFFS

Pending is a Joint Motion for Dismissal of Defendant Barr Laboratories, Inc. as to plaintiffs Jean-Marie Hughes, Jean Laing, Mary P. Johnson, Barbara Jones, Linda Mirsky, Alice McDougal, Ann Falk, and Carolyn Rogness (Doc. No.6).

For good cause shown and because this is a joint motion, the Joint Motion for Dismissal of Defendant Barr Laboratories, Inc. is GRANTED pursuant to the terms and conditions contained in the Joint Motion. Accordingly, defendant Barr Laboratories, Inc. is dismissed pursuant to the terms and conditions contained in the Joint Motion. The claims of the non-moving plaintiffs, Ruth Lillemoe, Kathleen Sundall, and Barb Johnson, against Barr Laboratories, Inc. remain pending until further order of this Court.

IT IS ORDERED THIS   27th   day of   June   2005.

                                                s/Paul A. Magnuson
                                                Paul A. Magnuson
                                                UNITED STATES DISTRICT JUDGE