**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

|  |  |
|---|---|
| JEAN-MARIE HUGHES, RUTH LILLEMOE, KATHLEEN SUNDALL, JEAN LAING, BARB JOHNSON, MARY P. JOHNSON, BARBARA JONES, LINDA MIRSKY, ALICE McDOUGAL, ANN FALK and CAROLYN ROGNESS,<br><br>Plaintiffs,<br><br>v.<br><br>WYETH, d/b/a WYETH, INC. and WYETH PHARMACEUTICALS; PFIZER, INC.; BRISTOL-MYERS SQUIBB COMPANY; GREENSTONE LTD., ABBOTT LABORATORIES; and BARR LABORATORIES, INC.,<br><br>Defendants. | Court File No. 05-982<br>(PAM/RLE) |

**ORDER OF DISMISSAL OF DEFENDANT ABBOTT LABORATORIES AS TO PLAINTIFFS RUTH LILLEMOE, KATHLEEN SUNDALL, JEAN LAING, BARB JOHNSON, MARY P. JOHNSON, BARBARA JONES, LINDA MIRSKY, ALICE McDOUGAL, ANN FALK and CAROLYN ROGNESS**

Pending is a Joint Motion for Dismissal of Defendant Abbott Laboratories as to plaintiffs RUTH LILLEMOE, KATHLEEN SUNDALL, JEAN LAING, BARB JOHNSON, MARY P. JOHNSON, BARBARA JONES, LINDA MIRSKY, ALICE McDOUGAL, ANN FALK and CAROLYN ROGNESS.

For good cause shown and because this is a joint motion, the Joint Motion for Dismissal of Defendant Abbott Laboratories is GRANTED pursuant to the terms and conditions contained in the Joint Motion. Accordingly, Defendant Abbott Laboratories is dismissed pursuant to the terms and conditions contained in the Joint Motion. The claims

2

of the non-moving plaintiff, JEAN-MARIE HUGHES, against Abbott Laboratories remain pending until further order of this Court.

    IT IS SO ORDERED this  27th  day of   June  , 2005.


                                s/Paul A. Magnuson
                                PAUL A. MAGNUSON
                                UNITED STATES DISTRICT JUDGE