# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| JEAN-MARIE HUGHES, RUTH LILLEMOE, KATHLEEN SUNDALL, JEAN LAING, BARB JOHNSON, MARY P. JOHNSON, BARBARA JONES, LINDA MIRSKY, ALICE McDOUGAL, ANN FALK AND CAROLYN ROGNESS,<br><br>Plaintiffs,<br><br>vs.<br><br>WYETH, d/b/a WYETH, INC. and WYETH PHARMACEUTICALS; PFIZER, INC.; BRISTOL-MYERS SQUIBB COMPANY; GREENSTONE LTD., ABBOTT LABORATORIES; and BARR LABORATORIES, INC.,<br><br>Defendants. | CIV. No. 05-982<br>(PAM/RLE)<br><br><br>ORDER OF DISMISSAL |

Based upon the Stipulation of Voluntary Dismissal (Docket No. 13) of the parties, by and through their respective counsel of record filed on June 28, 2005, IT IS HEREBY ORDERED that the actions of Plaintiffs JEAN-MARIE HUGHES, RUTH LILLIMOE, KATHLEEN SUNDALL, JEAN LAING, BARB JOHNSON, MARY P. JOHNSON, BARBARA JONES, LINDA MIRSKY, ALICE McDOUGAL, ANN FALK, AND CAROLYN ROGNESS, as against Defendant Bristol-Myers Squibb company shall be and hereby is dismissed without prejudice each side to bear its own costs, disbursements, and attorneys' fees.

Dated: June  29 , 2005                s/Paul A. Magnuson
                                       Paul A. Magnuson
                                       United States Senior Judge